UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANSFIELD, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, *et al.*,<br><br>Defendants. | Civil No. 09cv358 L(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**<br>**[Doc. No. #23]** |

Good cause appearing, the parties' joint motion to extend class certification deadlines is **GRANTED** in part and DENIED in part as follows:

1. Defendants shall produce discovery responses on or before December 22, 2009, including production of documents;

2. Plaintiff shall disclose class certification witnesses on or before January 25, 2010;

3. Defendants shall disclose class certification witnesses on or before February 22, 2010;

4. All discovery related to class certification shall be completed on or before March 22, 2010;

5. The class certification motion shall be filed on or before May 3, 2010;

6. The parties' supplemental discovery plan is due on or before May 24, 2010; and

/ / /

7.    A Case Management Conference is scheduled for <u>June 4, 2010</u> at <u>9:00 A.M.</u> in Courtroom F.

**IT IS SO ORDERED.**

DATED: December 22, 2009

                                   Hon. William V. Gallo
                                   U.S. Magistrate Judge

COPY TO:

HON. M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

ALL PARTIES/COUNSEL